UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11079
_____


HARRIS METHODIST HEALTH SYSTEM; HARRIS
METHODIST HEALTH SERVICES; WALLS REGIONAL
HOSPITAL; HARRIS CASUALTY COMPANY,

                    Plaintiffs/Counter-Defendants/Appellants,

                         versus

EMPLOYERS REINSURANCE CORPORATION,

                    Defendant/Counter-Claimant/Appellee.


_____

Appeal from the United States District Court
for the Northern District of Texas
(3:96-CV-54-R)
_____

July 10, 1998

Before GARWOOD, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

        Having carefully considered this appeal in light of the
briefs, pertinent portions of the record, and the oral arguments,
we conclude that the district court did not err in his findings and
conclusions, and we affirm for essentially the same reasons
articulated in the district court's thorough opinion.

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>AFFIRMED</u>.